425 A.2d 23

Commonwealth v. Heflin, Appellant.

Submitted September 13, 1979. Arthur J. King, Assistant Public Defender, for appellant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and VAN der VOORT, JJ.

Judgment of sentence affirmed.

425 A.2d 23

Commonwealth v. Johnson, Appellant.

Submitted March 23, 1979. Robert B. Mozenter, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, HESTER and WIEAND, JJ.

Judgment of sentence affirmed.